UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                          :
RASHID TURNER-HAWKINS,             :
                          :
                Plaintiff,      :
                          :           21 Civ. 8979 (JPC)
        -v-                      :
                          :            ORDER
WARDEN CARTER *et al.*,           :
                          :
             Defendants.     :
                          :
                          :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 8, 2022, the Court ordered Plaintiff to file an amended complaint by March 7, 2022, pursuant to the Court's earlier Order of December 7, 2021. Dkts. 7, 13. Plaintiff did not file an amended Complaint. Plaintiff should file the amended complaint by April 15, 2022, or the Court may dismiss this case for failure to prosecute and failure to comply with a court order. *See* Fed R. Civ. P. 41(b); *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . . ."). The Clerk of Court is respectfully directed to mail this Order and the Order at Docket Number 7 to the *pro se* Plaintiff.

     SO ORDERED.

Dated: April 5, 2022
       New York, New York

_____
               JOHN P. CRONAN
             United States District Judge